UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

------------------------------------------------------x
MALCOLM JOHNSON,                                  :
                                                  :
                                                  :
          Plaintiff,                              :
                                                  :   CASE NO.: 4:18-cv-00248-ERW
vs.                                               :
                                                  :
OCB RESTAURANT COMPANY, LLC                       :
                                                  :
          Defendants.                             :
------------------------------------------------------x

## UNOPPOSED MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

Malcolm Johnson, Plaintiff, through undersigned counsel, respectfully submits this Consent Motion to Dismiss Plaintiff's Claims with Prejudice. Plaintiff now seek to dismiss his claims for the following reasons:

1. Plaintiff and defendant OCB Restaurant Company, LLC have reached an agreement upon a full and final settlement agreement.

2. The settlement documents have been executed.

**WHEREFORE**, Malcolm Johnson, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion, and dismiss this lawsuit with prejudice.

                                             **Bizer & DeReus**
                                             Attorneys for Plaintiff
                                             Garret S. DeReus (MO # 68840)
                                             gdereus@bizerlaw.com
                                             3319 St. Claude Ave.
                                             New Orleans, LA 70117
                                             T: 504-619-9999; F: 504-948-9996

                                       By:/s/ Garret S. DeReus
                                                 Garret S. DeReus

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on June 22, 2018, by ECF filing.

By:/s/ Garret S. DeReus
**GARRET S. DEREUS**

34566399.1